# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRENNA LEBLANC CROSSLEY

VERSUS

GARRETT AUSTIN CROSSLEY

NO.  2022 CW 0837

**OCTOBER 11, 2022**

---

In Re:   Garrett  Austin  Crossley,  applying  for  supervisory
writs,  22nd  Judicial  District  Court,  Parish  of  St.
Tammany, No. 2022-11544.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

> **VGW**
> **JMG**
> **EW**

COURT OF APPEAL, FIRST CIRCUIT

*a.Cm̧*

---
DEPUTY CLERK OF COURT
FOR THE COURT